No. 97–8118.  POULLARD *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 97–8123.  WALKOVIAK *v.* DISTRICT COURT OF TEXAS, HARRIS COUNTY.  Ct. Crim. App. Tex.  Certiorari denied.

No. 97–8126.  QUINTERO *v.* LEE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 97–8131.  LINDSEY *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 97–8132.  FOLEY *v.* BRUMMETT ET AL.  Ct. App. Ky.  Certiorari denied.

No. 97–8133.  WARREN *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 97–8134.  GORNICK *v.* PAGE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 97–8136.  ANDERSON *v.* PRELESNICK.  C. A. 6th Cir.  Certiorari denied.

No. 97–8140.  WILLIAMS *v.* ANDERSON, WARDEN, ET AL.  Ct. App. Ohio, Richland County.  Certiorari denied.

No. 97–8141.  CUTHBERT *v.* DISTRICT COURT OF APPEAL OF FLORIDA, FIFTH DISTRICT, ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 97–8148.  CONSALVO *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 97–8152.  HUTCHINS *v.* GEORGIA DEPARTMENT OF CORRECTIONS ET AL.  Ct. App. Ga.  Certiorari denied.

No. 97–8161.  ESPOSITO *v.* NEW YORK.  App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists.  Certiorari denied.

No. 97–8165.  FINK *v.* BUENA PARK POLICE DEPARTMENT ET AL.  C. A. 9th Cir.  Certiorari denied.